# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Supervised Release) |
| v. | |
| | Case Number: 8:00-cr-339-T-23EAJ |
| GUSSIE LIVINGSTON | USM Number: 39334-018 |
| | |
| | Defendant's Attorney: Adam Allen, afpd |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one, two, and three of the November 1, 2007, petition (Doc. 186).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | Untruthful written monthly reports in violation of Condition 2 of the Standard Conditions of Supervision | 09/05/07 |
| Two | Failure to follow instructions of the Probation Officer in violation of Condition 3 of the Standard Conditions of Supervision | 08/07/07 |
| Three | Failure to permit the Probation Officer to visit offender at home or elsewhere in violation of Condition 10 of the Standard Conditions of Supervision | 02/22/06 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 8, 2007
Date of Imposition of Sentence

*[signature]*
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

November 8th, 2007
Date

DEFENDANT: GUSSIE LIVINGSTON
CASE NUMBER: 8:00-cr-339-T-23EAJ

Judgment - Page 2 of 3

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **THIRTY (30) DAYS**.

    __ The court makes the following recommendations to the Bureau of Prisons:

    __ The defendant is remanded to the custody of the United States Marshal.

    _X_ The defendant shall surrender to the United States Marshal for this district:

        _X_ on November 14, 2007.

        ___ as notified by the United States Marshal.

    __ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ___ before 2 p.m. on _____.

        ___ as notified by the United States Marshal.

        ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation:     Sheet 3 - Supervised Release

DEFENDANT:     GUSSIE LIVINGSTON                              Judgment - Page 3 of 3
CASE NUMBER:   8:00-cr-339-T-23EAJ

## SUPERVISED RELEASE

No term of supervised release is imposed.